**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Brandi J. Brown |
| Debtor 2 (Spouse, if filing) | _____ |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 23-12879 |

Official Form 410S1

# Notice of Mortgage Payment Change                                                  12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1

**Name of Creditor:** CrossCountry Mortgage, LLC

**Court claim no.** (if known):

**Last 4 digits** of any number you use to Identify the debtor's account: 8948

**Date of payment change:**
Must be at least 21 days after date of this notice                11/1/2023

**New total payment:**
Principal, interest, and escrow, if any                $ 1,221.40

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:** $ 587.94                **New escrow payment:** $ 514.13

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   **Current interest rate:** _____%                **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

### Part 3: Mortgage Payment Adjustment

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____
   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

| Debtor 1 | Brandi J. Brown | Case number (if known) | 23-12879 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

❑ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/Nisha B. Parikh                                  Date 10/11/2023
Signature

Print    Nisha            B.            Parikh            Title   Attorney for Creditor
         First name       Middle name   Last name

Company    Diaz Anselmo & Associates, LLC
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    1771 West Diehl Road, Suite 120
           Number      Street
           Naperville                          IL           60563
           City                                State        ZIP Code

Contact Phone   (630) 453-6960            Email    ILBankruptcy@dallegal.com

Official Form 410S1    **Notice of Mortgage Payment Change**    page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 23-12879 |
| Brandi J. Brown | CHAPTER 13 |
| Debtor(s). | JUDGE Timothy A. Barnes |

### CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2023, a true and correct copy of the foregoing "NOTICE OF MORTGAGE PAYMENT CHANGE" was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

David H Cutler, Debtor's Counsel

Thomas H. Hooper, Trustee

Patrick S Layng, U.S. Trustee

And by regular US Mail, postage pre-paid on:

Brandi J. Brown, 7705 S Loomis Blvd., Chicago, IL 60620

/s/Nisha B. Parikh

Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B23100001